IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,  :
                              :    Civil Action No.
    PLAINTIFF   :    JURY TRIAL DEMANDED
                              :
vs.                              :

ROBERT L. WILLIAMS d/b/a  :
ROBERT L. WILLIAMS TRUCKING  :

    DEFENDANT   :

## COUNT I

### JURISDICTION

Jurisdiction in this matter is conferred on the Court by 28 U.S.C. §1332, diversity of citizenship and the amount of controversy is over the amount of $75,000.00.

1. Stephen Halchuk is a citizen and resident of the State of Pennsylvania and resides at 2000 Carton Road, Hatboro, PA 19040.

2. Robert L. Williams d/b/a Robert L. Williams trucking is a citizen and resides at 162 Gelden Road, Felton, DE 19943.

3. On or about November 10, 2005, Stephen Halchuk was driving a 1997 Ford Ranger Pickup on northbound I-495 in New Castle County, State of Delaware.

4. Defendant Robert L. Williams d/b/a Robert L. Williams Trucking was driving a Peterbilt-PET tractor trailer on northbound I-495 in New Castle County, State of Delaware.

5. Stephen Halchuk was driving his motor vehicle in the left lane of I-495 slightly north of Terminal Avenue when the defendant Robert L. Williams d/b/a Robert L. Williams Trucking moved his tractor trailer into the lane in which Mr. Halchuk was driving causing an impact on the right front of plaintiff's vehicle and left rear of defendant's vehicle.

6. As plaintiff's motor vehicle impacted the left side of the tractor-trailer driven by the defendant it continued forward and became lodged under the front wheels of the tractor trailer.

7. Defendant was negligent in that he:

   a. failed to yield right of way pursuant to 21 Del. Code §4155;
   b. was careless pursuant to violation of 21 Del Code § 4176(a);
   c. was inattentive pursuant to 21 Del Code § 4176(b);
   d. committed common law negligence;
   e. and such other negligence that may be discovered during the course of trial.

8. As a direct and proximate result of the negligence of the defendant, plaintiff Stephen Halchuk sustained injuries including, but not limited to:

   a. C-6-7 subluxation and fracture;
   b. right lower extremities compartment syndrome;
   c. right rib fractures;
   d. spinal cord injury with quadurataresis.

   These injuries necessitated procedures including, but not limited to:

   a. anterior cervical diskectomy;
   b. C6-C7 anterior spinal cord decompression;
   c. Anterior plating at C6-C7, right lower extremity fasciotomy, and insertion of IVC filter.

9. As a further direct and proximate result of defendant's negligence, plaintiff suffered severe pain and suffering, mental anguish, loss of enjoyment in life which has continued since the date of the collision and continues up to the present day. Some or all of the plaintiff's injuries may be permanent.

10. As a further direct and proximate result of defendant's negligence, plaintiff has sustained loss wages, medical bills, property damage from the day of the accident up until the present time and some or all of said expenses will continue into the future.

WHEREFORE, Plaintiff demands against the Defendant for special damages, compensatory damages, costs, interest and any further relief that this Court deems appropriate.

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
STEPHEN HALCHUK

## DEFENDANTS
ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING

(b) County of Residence of First Listed Plaintiff: Montgomery, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: KENT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): 302-777-1000
Michael J. Hood, Esquire
Michael J. Hood, LLC, 1701 Shallcross Ave.
Suite C-1; Wilmington, DE 19806

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC 1332
Brief description of cause: MOTOR VEHICLE COLLISION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): N/A
JUDGE
DOCKET NUMBER

DATE: 4/24/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-218

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__4/24/07__  X __[signature]__
(Date forms issued)   (Signature of Party or their Representative)

__Michael J Wood__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action