IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | SUMMONS IN A CIVIL CASE |
| | : | Civil Action No. 07-218 |
| PLAINTIFF | : | |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

TO: ROBERT L. WILLIAMS d/b/a/
ROBERT L. WILLIAMS TRUCKING
162 Gelden Road
Felton, DE 19943

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____         4/24/07
Clerk                              Date

_____
(By) Deputy Clerk

JUN 20 2007

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>6/15/07 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: NON-EST  MOVED IN APRIL 2007  PER LAND LORD

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/07
                  Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,              :   SUMMONS IN A CIVIL CASE
                              :   Civil Action No.  0 7 - 2 1 8
         PLAINTIFF            :
                              :
     vs.                      :
                              :
ROBERT L. WILLIAMS d/b/a      :
ROBERT L. WILLIAMS TRUCKING   :
                              :
         DEFENDANT            :

TO:   ROBERT L. WILLIAMS d/b/a/
      ROBERT L. WILLIAMS TRUCKING
      162 Gelden Road
      Felton, DE 19943

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                            4/24/07
_____                   _____
Clerk                                      Date

_____
(By) Deputy Clerk

JUN 20 2007

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/15/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: NON-EST  MOVED IN APRIL 2007  ~~PER LAND LORD~~

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.