IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,                          :
                                          :     Civil Action No. 07-218
            PLAINTIFF                     :     JURY TRIAL DEMANDED
                                          :
    vs.                                   :
                                          :
ROBERT L. WILLIAMS d/b/a                  :
ROBERT L. WILLIAMS TRUCKING               :
                                          :
            DEFENDANT                     :

## PRAECIPE

TO:   CLERK
      U.S. DISTRICT COURT
      844 N. KING STREET
      WILMINGTON, DE 19801

PLEASE ISSUE Alias Summons to Frederick C. Tate, directing him to make service upon the Defendant as follows:

Upon Defendant, Robert L. Williams, d/b/a Robert L. Williams Trucking at 154 Jenesis Lane, Harrington, DE 19952.

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Attorney for Plaintiff
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471