IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK, :
: Civil Action No. 07-218
PLAINTIFF : JURY TRIAL DEMANDED
:
vs. :
:
ROBERT L. WILLIAMS d/b/a :
ROBERT L. WILLIAMS TRUCKING :
:
DEFENDANT :

PRAECIPE

TO: CLERK
U.S. DISTRICT COURT
844 N. KING STREET
WILMINGTON, DE 19801

PLEASE ISSUE First Pluries Summons and Complaint to Jeffrey L. Butler of Legal Beagle, Inc., directing him to make service upon the Delaware Secretary of State for Defendant, Robert L. Williams, d/b/a Robert L. Williams Trucking, pursuant to Federal Civil Rule 4(e), 10 Del. C. § 3112 and 3113.

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Attorney for Plaintiff
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471