IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | : ALIAS SUMMONS IN A CIVIL CASE |
| | : Civil Action No. 07-218 |
| PLAINTIFF | : |
| vs. | : |
| ROBERT L. WILLIAMS d/b/a | : |
| ROBERT L. WILLIAMS TRUCKING | : |
| DEFENDANT | : |

TO:   ROBERT L. WILLIAMS d/b/a/
      ROBERT L. WILLIAMS TRUCKING
      5210 Flowery Mound Road
      McAlester, OK 74501

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 an answer to the complaint which is served on you with this alias summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
Clerk

_E. Thiekt__
(By) Deputy Clerk

_7/3/07_
Date

RECEIVED
DEPARTMENT OF STATE
2007 AUG 1 PM 3 20
DIVISION OF
CORPORATIONS

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Wednesday, August 1, 2007 at 3:20 P.M. |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Melanie Keeler at the Office of the Delaware Secretary of State, Federal & Duke Of York Streets, Townsend Building, Dover, Delaware 19901 - for non-resident defendant Robert L. Williams d/b/a Robert L. Williams Trucking (pursuant to Federal Civil Rule 4(e), 10 Del C Sec 3112 & 3113)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 1, 2007
                  Date

Signature of Server  *[signed] Jeffry L Butler*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 478-2693 - telephone

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.