IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,

    PLAINTIFF

vs.

ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING

    DEFENDANT

Civil Action No.07-218

JURY TRIAL DEMANDED

## AMENDED COMPLAINT

11. Paragraphs 1 through 10 to are realleged and incorporated herein by reference.

12. On August 2, 2007 a registered letter return receipt requested was sent to the defendant, Robert Williams at the address of 5210 Flowery Mound Road, McAlester, OK 74501, stating that he was being served pursuant to 10 Del. C. § 3112 and 3113 and a copy of the Complaint was enclosed in the registered mail along with the Notice required by 10 Del. C. § 3112.

13. On August 14, 2007 a return receipt which was received by the plaintiff's attorney and is attached as Exhibit "A".

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471

**EXHIBIT "A"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert L. Williams
   5210 Flowery Mound Rd
   Mc Alester, OK 74501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Carol Williams    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8-11-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 738 780-818 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540