IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No. 07-218 |
| PLAINTIFF | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

## AFFIDAVIT

I, Michael J. Hood, being sworn, does depose and say that:

1. On August 2, 2007 registered mail was sent to Defendant, Robert L. Williams at 5210 Flowery Mound Road, McAlester, OK, 74501 return receipt requested consisting of Sheriff's Return, Process and Complaint served upon the Secretary of State and that such service is as effectual as if it had been made upon such non-resident personally with this State.

2. On August 14, 2007, the return receipt of the registered letter to the defendant was received by Plaintiff's Attorney and is attached as Exhibit "A"

_____
MICHAEL J. HOOD, ESQUIRE

Sworn to and Subscribed before me, a Notary Public for the State of Delaware, on this 15th day of August, 2007.

_____
Notary Public

**EXHIBIT "A"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Robert L. Williams
    5210 Flowery Mound Rd
    Mc Alester, OK 74501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Carol Williams      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                     8-11-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 738 780-818 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540