IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No.07-218*** |
| PLAINTIFF | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

## MOTION TO EXTEND TIME FOR SERVICE

NOW COMES, plaintiff, Stephen Halchuk, by and through his attorney, Michael J. Hood, Esquire, of Michael J. Hood, LLC requesting that this Court pursuant to **F.R.C.P 4(m)**, extend time for service upon the defendant for an additional 120days.

The grounds for this motion are as follows:

1. On April 24, 2007, a diversity case was filed against defendant, Robert L. Williams, d/b/a Robert L. Williams Trucking involving a motor vehicle collision.

2. Upon plaintiff's calculations the 120 days for service will run August 22, 2007.

3. When the original complaint was filed, a summons was issued to serve the defendant at the location listed on the police report. A process server was utilized to attempt service. After numerous attempts to serve the defendant by the process server, the plaintiff's attorney was informed that the process server finally found that the defendant had moved. A copy of the return of service was e-filed to the Court and is enclosed as Exhibit "A".

4. Immediately upon hearing that the defendant had moved, the plaintiff's attorney hired the services of a private investigator to find the whereabouts of the defendant. The private

    investigator got a copy of the defendant's driving record which reflected in 2007 defendant had moved to Harrignton, Delaware. At that point, an alias summons was issued to have the private investigator serve the defendant at that address. Plaintiff's attorney was then informed by the private investigator defendant could not be located at that locale.

5. Plaintiff's attorney then requested the private investigator to do a more in depth search. The private investigator came back with what he believed to be the correct address of the defendant based on the date of birth and what he thought to be his social security number. The new address was located in Oklahoma.

6. Plaintiff immediately filed another alias summons pursuant to the Delaware Long Arm statute 10 Del. C. § 3112 and 3113.

7. The Secretary of State was served and immediately a registered letter, return receipt requested was sent to that person at the address given by the private investigator. The return receipt was returned within the last couple of days signed by someone by the name of Williams. A copy of the affidavit and the return receipt has been e-filed with the Court and is enclosed as Exhibit "B". Within a day or so after the undersigned received the return receipt, he received a phone call from an Oklahoma attorney, who stated that this was not the correct Robert Williams. We are now in the process of trying to figure out whether this is the correct Robert Williams or not.

8. As stated above, plaintiff's calculations have the 120 days running on August 22, 2007. If the Long Arm has served the correct Robert Williams, then this motion is moot. However, if it is not the correct Robert Williams, the plaintiff is going to have to go back to the drawing board to attempt to locate Mr. Williams.

9. The Court, pursuant to rule, has the right to extend the amount of time for good cause. In this case, plaintiff submits that the undersigned has been diligent in attempting to serve

Mr. Williams. As stated above, he has used process servers, a private investigator along with the Long Arm statute. For whatever reason, Mr. Williams has become extremely difficult to locate. Plaintiff will find Mr. Williams. However, he requests that the Court grant him additional time.

**WHEREFORE**, the Plaintiff requests a that pursuant to F.R.C.P. 4(m) that he be granted an additional 120 days to serve defendant.

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
1701 Shallcross Avenue, Ste. C
P. O. Box 1471
Wilmington, DE 19899
(302) 777-1000
Attorney for Plaintiff

Dated: 8/20/2007

**EXHIBIT "A"**

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/15/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: NON-EST MOVED IN APRIL 2007 ~~PER LAND LORD~~

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,

        PLAINTIFF

vs.

ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING

        DEFENDANT

Civil Action No. 07-218
JURY TRIAL DEMANDED

### AFFIDAVIT

I, Michael J. Hood, being sworn, does depose and say that:

1. On August 2, 2007 registered mail was sent to Defendant, Robert L. Williams at 5210 Flowery Mound Road, McAlester, OK, 74501 return receipt requested consisting of Sheriff's Return, Process and Complaint served upon the Secretary of State and that such service is as effectual as if it had been made upon such non-resident personally with this State.

2. On August 14, 2007, the return receipt of the registered letter to the defendant was received by Plaintiff's Attorney and is attached as Exhibit "A"

                                                  _____
                                                  MICHAEL J. HOOD, ESQUIRE

Sworn to and Subscribed before me, a Notary Public for the State of Delaware, on this 15th day of August, 2007.

_____, Esquire
Notary Public

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Carel Williams_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                 8-11-07 |
| 1. Article Addressed to:<br><br>Robert L. Williams<br>5210 Stowrey Mound Rd<br>Mc Alester, OK 74501 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   RA 738 780-818 US |  |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No. 07-218*** |
| PLAINTIFF | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

**ORDER**

**IT IS ORDERED,** _____ day of _____, 2007, that plaintiff is granted an additional 120 days from August 22, 2007 to serve the defendant.

_____
JUDGE MARY PAT TYGNE