# MICHAEL J. HOOD, LLC
ATTORNEY AT LAW

COURIER DELIVERY:
1701 SHALLCROSS AVENUE
SUITE C-1
WILMINGTON, DE 19806



MAIL:
P.O. BOX 1471
WILMINGTON, DE 19899

(302) 777-1000
FAX (302) 777-1098
WRITER'S EMAIL: mhood@mjhlaw.net

August 20, 2007

<u>Via E-Filing</u>

Judge Mary Pat Thynge
District Court of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801
Attn: Clerk of the Court

    RE:   Halchuk v. Williams
            C.A. No.: 07-128 ***

Dear Judge Thynge:

    With this letter I have enclosed a Motion to Extend Time pursuant to <u>F.R.C.P.</u> 4(m). I understand the rules stipulate that all motions should be accompanied by a brief. However, in this instance, I am somewhat confused as to the need of a brief. The motion is obviously self explanatory. There is no counsel for the defense, though an attorney has notified me that he will enter an appearance once the plaintiff gets service upon the defendant. Secondly, while there certainly is case law regarding this rule, it is discretionary on the part of the Judge whether this is good cause or not.

    If the Court deems it appropriate, I will certainly file a brief and have no desire to flout the rules. However, in this instance it just did not seem appropriate under the circumstances.

    I am at the Court's disposal.

                          Respectfully yours,

                          Michael J. Hood, Esquire

MJH/jvc
Enclosures
cc:    Clerk of Court (via hand delivery)