Case 1:07-cv-00218-***   Document 10-4   Filed 08/20/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHAK,

      PLAINTIFF

vs.

ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING

      DEFENDANT

Civil Action No. 07-218-***
JURY TRIAL DEMANDED

### ORDER

IT IS ORDERED, 21 day of August, 2007, that plaintiff is granted an additional 120 days from August 22, 2007 to serve the defendant.

JUDGE MARY PAT THYNGE