IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,                          :
                                          :        Civil Action No. 07-218
               PLAINTIFF                   :        JURY TRIAL DEMANDED
                                          :
     vs.                                   :
                                          :
ROBERT L. WILLIAMS d/b/a                   :
ROBERT L. WILLIAMS TRUCKING                :
                                          :
               DEFENDANT                   :

PRAECIPE

TO:    CLERK
       U.S. DISTRICT COURT
       844 N. KING STREET
       WILMINGTON, DE 19801

PLEASE ISSUE Alias Summons and Complaint to Jeffrey L. Butler of Legal Beagle,
Inc., directing him to make service upon the Delaware Secretary of State for Defendant, Robert
L. Williams, d/b/a Robert L. Williams Trucking, pursuant to Federal Civil Rule 4(e), 10 Del. C.
§ 3112 and 3113.

                                    MICHAEL J. HOOD, LLC

                         BY:    _____
                                Michael J. Hood, Esquire (#2080)
                                Attorney for Plaintiff
                                Michael J. Hood, LLC
                                1701 Shallcross Avenue
                                Suite C-1
                                P.O. Box 1471
                                Wilmington, DE 19899-1471

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,                   : ALIAS SUMMONS IN A CIVIL CASE
                                     :    Civil Action No. 07-218

          PLAINTIFF               :

                                       :

     vs.                                 :

                                       :

ROBERT L. WILLIAMS d/b/a            :
ROBERT L. WILLIAMS TRUCKING   :

                                       :

          DEFENDANT         :

TO:    ROBERT L. WILLIAMS d/b/a/
        ROBERT L. WILLIAMS TRUCKING
        6204 Old Pascagoula Road
        Theodor, Alabama 36582

       YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and

answer to the complaint which is served on you with this alias summons, within 20 days after

service of this summons on you, exclusive of the day of service. If you fail to do so, judgment

by default will be taken against you for the relief demanded in the complaint Any Answer that

you service on the parties to this action must be filed with the Clerk of this Court within a

reasonable period of time after service.

_____         _____

Clerk                                     Date

_____

(By) Deputy Clerk