IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,                     : ALIAS SUMMONS IN A CIVIL CASE
                                     : Civil Action No. 07-218
            PLAINTIFF                :
                                     :
vs.                                  :
                                     :
ROBERT L. WILLIAMS d/b/a             :
ROBERT L. WILLIAMS TRUCKING          :
                                     :
            DEFENDANT                :

TO:   ROBERT L. WILLIAMS d/b/a/
      ROBERT L. WILLIAMS TRUCKING
      6204 Old Pascagoula Road
      Theodore, Alabama 36582

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and answer to the complaint which is served on you with this alias summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

_____        8/27/07
Clerk                              Date

_E. Shricklin_
(By) Deputy Clerk

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | August 29, 2007 (3:43 P.M.) |
| NAME OF SERVER (PRINT)<br>Jeffrey L. Butler | TITLE | process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Karen Charbonneau for the Delaware Secretary of State, for defendant Robert L. Williams d/b/a Robert L. Williams Trucking, pursuant to Federal Civil Rule 4(e), 10 Del. C. Sec. 3112 and 3113 - at office of Delaware Secretary of State, Federal & Duke Of York Streets, Dover, DE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>n/a | SERVICES<br>$50.00 | TOTAL<br>$50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 29, 2007         *[signature]* Jeffrey F. Butler
                  Date                    Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.