IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,                        :
                                        :        Civil Action No. 07-218
                PLAINTIFF               :        JURY TRIAL DEMANDED
                                        :
        vs.                             :
                                        :
ROBERT L. WILLIAMS d/b/a                :
ROBERT L. WILLIAMS TRUCKING             :
                                        :
                DEFENDANT               :

## AFFIDAVIT

I, Michael J. Hood, being sworn, does depose and say that:

1.      On, August 30, 2007 registered mail was sent to Defendant, Robert L. Williams at
        6204 Old Pascagoula Road, Theodore Alabama 36582 return receipt requested.

2.      On October 11, 2007 the registered letter to the defendant was returned due to
        being undeliverable and is attached as Exhibit "A".

3.      The notice provided for in 10 Del. C. §3112 was contained in the envelope at the
        time it was mailed consisting of Sheriff's Return, Process and Complaint served
        upon the Secretary of State and that such service is as effectual as if it had been
        made upon such non-resident personally with this State.

4.      The receipt of the registered letter addressed to Defendant was sent out on August
        30, 2007 and is attached as Exhibit "B".

_____

MICHAEL J. HOOD, ESQUIRE

Sworn to and Subscribed before me, a Notary Public for the State of Delaware, on
this _15th_ day of _October_____, 2007.

Marci Mc Nair (Debol), Esq

Notary Public

**EXHIBIT "A"**

MICHAEL J. HOOD LLC
1701 SHALLCROSS AVENUE
SUITE C-1
P.O. BOX 1471
WILMINGTON, DE 19899

Name 1471
1st Notice 10-9
2nd Notice _____
Return _____

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 012.23⁰
0002541970  AUG 30 2007
MAILED FROM ZIP CODE 19806

INSUFFICIENT ADDRESS

United States Postal Service
**REGISTERED MAIL**

RA 738 780 821 US
Label 200, July 1999          (102595) 99-M-1904

REGISTERED LETTER
RETURN RECEIPTED REQUESTED
RA 738 780 821 US

Mr. Robert L. Williams
6204 Old Pascagoula Road
Theodore, Alabama 36582

NO APT #
NOTICE LEFT
IN OFFICE

L/N
9-12

EXHIBIT "B"

PS Form 3806, May 2004 (7530-02-000-9051)
Receipt for Registered Mail
For domestic delivery information, visit our website at www.usps.com ®
(See Information on Reverse)
Copy 1 - Customer

Registered No. RA 738 780 - 821

**To Be Completed By Customer (Please Print)**
All Entries Must Be in Ballpoint or Typed

TO
Michael J. Hood ESQuire
Michael J. Hood LLC
1701 Shakccross Ave Ste C-1
WilmingToN DE 19806

FROM
RobeRT L. Williams a/b/a
RobeRT L. Williams Trucking
6204 Old Pascagoula Rd.
Theodore AhLabama 36582

**To Be Completed By Post Office**
Reg. Fee $9.50
Handling Charge
Postage $1.58
Received by
Return Receipt $2.15
Restricted Delivery

Full Value $
Customer Must Declare
☒ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE

Date Stamp
AUG 3 0 20
WILMINGTON / TALLEYVILLE BR
USPS 19808



---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert L. Williams a/b/a
Robert L. Williams Trucking
6204 Old Pascagoula Rd
Theodore AL 36582

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   RA 738 780 821 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

