IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | \| |
| | \| |
| Plaintiff, | \| |
| | \| C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a | \| |
| ROBERT L. WILLIAMS TRUCKING, | \| |
| | \| |
| Defendant. | \| |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Roger D. Landon, Esq. on behalf of the Defendant.

MUPRHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant

00147327

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| | C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 26th day of October, 2007, a copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE 19899-1471

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendant

00147327