IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No. 07-218 |
| PLAINTIFF | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

**AFFIDAVIT**

I, Michael J. Hood, being sworn, does depose and say that:

1.  On, October 11, 2007 registered mail was sent to Defendant, Robert L. Williams at 6204 Old Pascagoula Road, Apt. C-5,  Theodore Alabama 36582 return receipt requested.

2.  On October 26, 2007   the return receipt of the registered letter to the defendant was received by Plaintiff's Attorney and is attached as Exhibit "A"

3.  The notice provided for in 10 Del. C. §3112 was contained in the envelope at the time it was mailed consisting of Sheriff's Return, Process and Complaint served upon the Secretary of State and that such service is as effectual as if it had been made upon such non-resident personally with this State.

4.  The receipt of the registered letter addressed to Defendant was sent out on October 11, 2007 and is attached as Exhibit "B".

MICHAEL J. HOOD, ESQUIRE

Sworn to and Subscribed before me, a Notary Public for the State of Delaware, on this 26th day of _October_____, 2007.

_Marci Mc Naia Esq._
Notary Public _Atty at Law_

**EXHIBIT "A"**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Gladys Wilson_     ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>_Gladys Wilson_   _10/23_ |

1. Article Addressed to:

MR. RobeRT L. WilliAMS
6204 Old PascAgooLA Rd.
APT C-5
Theodore, ALABAMA 36582

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)    738 780 968 US.

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# EXHIBIT "B"



Registered No. _____ US
738 780 __ __

| Reg. Fee | $9.50 | | |
| | 4.50 | | |
| Handling Charge | .$0.00 | Return Receipt | $2.15 |
| | | | 2.15 |
| Postage | $0.58 | Restricted Delivery | $0.00 |
| | .58 | | |
| Received by | | | |

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Date Stamp

0503
USPS - 19
OCT 11
10/11/07

Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
(See Reverse).

OFFICIAL USE

FROM
MICHAEL J. HOOD LLC
MICHAEL J. Hood Esquire
1701 SHALLCROSS AVe STE C-1
WILMINGTON DE 19806

TO
MR Robert L. WILLIAMS
6504 Old PASCAGOULA Rd.
APT C-5
Theodore ALABAMA 36582

PS Form **3806,**    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®