IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

**ANSWER, AFFIRMATIVE DEFENSES
AND THIRD-PARTY COMPLAINT**

1. Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

2. Denied.

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted.

7. Denied as to the whole and each subpart.

00147549

8. All allegations of negligence and causation are denied. Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph and they are therefore deemed denied.

9. All allegations of negligence and causation are denied. Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph and they are therefore deemed denied.

10. All allegations of negligence and causation are denied. Defendant lacks sufficient information to admit or deny the remaining allegations of this paragraph and they are therefore deemed denied.

## First Affirmative Defense

The plaintiff's claims are barred and/or limited by his comparative negligence. Plaintiff was comparatively negligent in that he:

(a) operated his vehicle in a careless or imprudent manner, in violation of 21 **Del.C.** § 4176(a);

(b) operated his vehicle in an inattentive manner, in violation of 21 **Del.C.** § 4176(b);

(c) operated his vehicle at a speed greater than was prudent under the conditions then existing, in violation of 21 **Del.C.** §§ 4168 and 4169;

(d) failed to maintain his vehicle under proper control, including the failure to properly steer and to brake;

(e) failed to maintain a proper lookout, in violation of 21 **Del.C.** § 4176(b);

(f) failed to follow at a reasonable and prudent distance, in violation of 21 **Del.C.** § 4123(a);

(g) operated his vehicle in a reckless manner in willful or wanton disregard for the safety of others, in violation of 21 **Del.C.** § 4175(a);

(h) operated his vehicle in an aggressive manner, in violation of 21 **Del.C.** § 4175A;

(i) caused malicious mischief by operating his vehicle in a manner causing reckless, willful or wanton damage to another's property, in violation of 21 **Del.C.** § 4172A;

(j) made an improper lane change; and,

(k) otherwise acted negligently *per se* and/or in common law as may be learned through further investigation and discovery.

## Second Affirmative Defense

The accident and the plaintiff's alleged injuries were caused by a third-party over whom the defendant exercised no control.

## Third Affirmative Defense

The accident resulted from an emergency not of the defendant's making.

**WHEREFORE**, Defendant demands that the Complaint be dismissed with prejudice and costs assessed against Plaintiff.

## THIRD-PARTY COMPLAINT

1. Defendant/Third-Party Plaintiff denies that he is liable to Plaintiff in any manner. In the event that he is found liable to the plaintiff, he is entitled to

00147549

contribution and/or indemnification from Third-Party Defendant Robert D. Nevin, Jr., whose negligent conduct caused any injuries that may have been incurred by Plaintiff, and from Third-Party Defendant The National Cash Register Company, which is vicariously liable for Nevin's conduct.

2. Upon information and belief, Third-Party Defendant Robert D. Nevin, Jr. resides at 123 Buck Lane, Collins Park, New Castle, DE 19720.

3. Third-Party Defendant The National Cash Register Company is a registered foreign corporation (Maryland), File Number 1012623, whose Registered Agent for service of process within the State of Delaware is The Corporation Trust Company, 1206 Orange Street, Wilmington, Delaware 19801.

4. At all times relevant hereto, third-party defendant Nevin was acting as the agent of third-party defendant The National Cash Register Company.

5. On November 10, 2005, third-party defendant Nevin was operating a 2004 Pontiac Aztek northbound on I-495 in New Castle County, Delaware.

6. Third-party defendant Nevin stopped and parked his vehicle partially in the right-hand shoulder and partially in the right-hand lane of I-495 on the Christiana River Bridge approximately .55 miles north of Terminal Avenue, in order to search for a headlight that had earlier fallen off his vehicle.

7. At approximately 11:28 a.m., a 2002 Sterling tractor-trailer operated by Wayne E. Shelalis of New Castle, Delaware collided with third-party defendant Nevin's parked vehicle.

8. The collision was caused by third-party defendant Nevin, who was negligent in that he:

00147549

(a) allowed his vehicle to remain stopped, standing or parked upon a roadway when it was practical to do so off the roadway, in violation of 21 **Del.C.** § 4179(a)(12);

(b) allowed his vehicle to remain stopped, standing or parked upon a bridge or elevated structure, in violation of 21 **Del.C.** § 4179(a)(14);

(c) allowed his vehicle to remain stopped, standing or parked upon a roadway in a manner that obstructed the free passage of traffic, in violation of 21 **Del.C.** § 4179(a)(16); and,

(d) otherwise acted negligently *per se* and/or in common law as may be learned through further investigation and discovery.

9. Debris from the collision was strewn about the roadway of I-495.

10. Traffic approaching the scene of the collision was forced to take evasive action to avoid colliding with the involved vehicles and debris.

11. Less than three minutes after the collision, defendant/third-party plaintiff Robert L. Williams, operating his 1980 Peterbuilt tractor, which was towing a dump trailer loaded with concrete, approached the scene from the center lane of I-495.

12. Mr. Williams was forced to brake in response to the traffic slowing ahead of him.

13. As Mr. Williams' rig was slowing down in the center lane, his trailer was struck in the left rear by a 1977 Ford Ranger pickup truck operated by Plaintiff Stephen Halchuck, who alleges he suffered injuries in the collision as set forth in his Complaint, attached hereto as Exhibit A.

00147549

14. Third-party defendant The National Cash Register Company is vicariously liable for injuries caused by the negligence of third-party defendant Nevin set forth in Paragraph No. 8 above, pursuant to the doctrine of *respondeat superior*.

15. As any injury the plaintiff may have suffered was caused by the negligent conduct of third-party defendant Nevis, in the event that defendant/third-party plaintiff Robert L. Williams is held liable to the plaintiff, Mr. Williams is entitled to contribution and/or indemnification from the third-party defendants.

**WHEREFORE**, Defendant/Third-Party Plaintiff Robert L. Williams demands judgment be entered in his favor and against Third-Party Defendants Robert D. Nevin, Jr. and The National Cash Register Company plus costs, interest and attorneys' fees.

MUPRHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/Third-Party Plaintiff

00147549

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT L. WILLIAMS d/b/a<br>ROBERT L. WILLIAMS TRUCKING,<br><br>    Defendant/Third-Party<br>    Plaintiff,<br><br>v.<br><br>ROBERT D. NEVIN, JR. and THE<br>NATIONAL CASH REGISTER<br>COMPANY,<br><br>    Third-Party Defendants. | C.A. No. 07-218 |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 13th day of November, 2007, a copy of the foregoing **ANSWER, AFFIRMATIVE DEFENSES AND THIRD-PARTY COMPLAINT** was electronically filed and served upon the following individual:

    Michael J. Hood, Esq.
    P.O. Box 1471
    Wilmington, DE  19899-1471

    MURPHY & LANDON

    */s/ Roger D. Landon*
    ROGER D. LANDON, No. 2460
    1011 Centre Road, #210
    Wilmington, DE  19805
    (302) 472-8112
    Attorney for Defendant/Third-Party Plaintiff

00147549

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

STEPHEN HALCHUK,

    PLAINTIFF

vs.

ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING

    DEFENDANT

Civil Action No.
JURY TRIAL DEMANDED

2007 APR 24  PM 2: 21

## COUNT I

### JURISDICTION

Jurisdiction in this matter is conferred on the Court by 28 U.S.C. §1332, diversity of citizenship and the amount of controversy is over the amount of $75,000.00.

1. Stephen Halchuk is a citizen and resident of the State of Pennsylvania and resides at 2000 Carton Road, Hatboro, PA 19040.

2. Robert L. Williams d/b/a Robert L. Williams trucking is a citizen and resides at 162 Gelden Road, Felton, DE 19943.

3. On or about November 10, 2005, Stephen Halchuk was driving a 1997 Ford Ranger Pickup on northbound I-495 in New Castle County, State of Delaware.

4. Defendant Robert L. Williams d/b/a Robert L. Williams Trucking was driving a Peterbilt-PET tractor trailer on northbound I-495 in New Castle County, State of Delaware.

5. Stephen Halchuk was driving his motor vehicle in the left lane of I-495 slightly north of Terminal Avenue when the defendant Robert L. Williams d/b/a Robert L. Williams Trucking moved his tractor trailer into the lane in which Mr. Halchuk was driving causing an impact on the right front of plaintiff's vehicle and left rear of defendant's vehicle.

6. As plaintiff's motor vehicle impacted the left side of the tractor-trailer driven by the defendant it continued forward and became lodged under the front wheels of the tractor trailer.

7. Defendant was negligent in that he:

   a. failed to yield right of way pursuant to 21 Del. Code §4155;
   b. was careless pursuant to violation of 21 Del Code § 4176(a);
   c. was inattentive pursuant to 21 Del Code § 4176(b);
   d. committed common law negligence;
   e. and such other negligence that may be discovered during the course of trial.

8. As a direct and proximate result of the negligence of the defendant, plaintiff Stephen Halchuk sustained injuries including, but not limited to:

   a. C-6-7 subluxation and fracture;
   b. right lower extremities compartment syndrome;
   c. right rib fractures;
   d. spinal cord injury with quaduratoresis.

   These injuries necessitated procedures including, but not limited to:

   a. anterior cervical diskectomy;
   b. C6-C7 anterior spinal cord decompression;
   c. Anterior plating at C6-C7, right lower extremity fasciectomy, and insertion of IVC filter.

9. As a further direct and proximate result of defendant's negligence, plaintiff suffered severe pain and suffering, mental anguish, loss of enjoyment in life which has continued since the date of the collision and continues up to the present day. Some or all of the plaintiff's injuries may be permanent.

10. As a further direct and proximate result of defendant's negligence, plaintiff has sustained loss wages, medical bills, property damage from the day of the accident up until the present time and some or all of said expenses will continue into the future.

WHEREFORE, Plaintiff demands against the Defendant for special damages, compensatory damages, costs, interest and any further relief that this Court deems appropriate.

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Stephen Holchuk

## DEFENDANTS
Robert L. Williams d/b/a Robert L. Williams Trucking

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael J. Hood
P.O. Box 1471
Wilmington DE 19899

ATTORNEYS (IF KNOWN)
Roger D. Landon
Murphy & Landon
1011 Centre Rd #210
Wilm. DE 19805

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 |  | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 11-13-07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | **Summons in a Civil Case** |
| Plaintiff, | |
| v. | C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

TO:   Robert D. Nevin, Jr.
      123 Buck Lane, Collins Park
      New Castle, Delaware  19720

**YOU ARE HEREBY SUMMONED** and required to serve on Roger D. Landon, Esquire, Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                    DATE

_____
(By) DEPUTY CLERK

00147751

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | **Summons in a Civil Case** |
| Plaintiff, | |
| v. | C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

TO:    The National Cash Register Company
         c/o Registered Agent: The Corporation Trust Company
         1206 Orange Street
         Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on Roger D. Landon, Esquire, Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____         _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

00147753