IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | \| |
| Plaintiff, | \| |
| v. | \| C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | \| |
| Defendant/Third-Party Plaintiff, | \| |
| v. | \| |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | \| |
| Third-Party Defendants. | \| |

## NOTICE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 13th day of November, 2007, a copy of the foregoing **DEFENDANT/THIRD-PARTY PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE 19899-1471

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendant/Third-Party Plaintiff

00147777