IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No.07-218 |
| PLAINTIFF | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| DEFENDANT | : | |

### CERTIFICATE OF SERVICE

I, Michael J. Hood, Esquire, hereby certify the 2 copies of Plaintiff's Interrogatories and Request for Production directed to the Defendant were sent via first class mail on November 30, 2007 to the following:

Roger D. Landon, Esquire
1011 Centre Road, #210
Wilmington, DE 19805

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471