AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the answer, affirmative defenses and third-party complaint was made by me[1] | DATE<br>1/29/2008 @ 1:37 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Timothy C. Bennett** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Scott LaScala, operations manager, c/o Corporation Trust Co., 1209 Orange Street, Wilmington, DE 19801**

30, M, W, 5'11", 180 pounds, brown hair, glasses

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/5/2008
           Date

*Timothy C. Bennett* (signature)
Timothy C. Bennett

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | **Summons in a Civil Case** |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

TO:  The National Cash Register Company
     c/o Registered Agent: The Corporation Trust Company
     1206 Orange Street
     Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on Roger D. Landon, Esquire, Murphy & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          1/25/08
CLERK                                    DATE

_____
(By) DEPUTY CLERK

00147753