IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | Civil Action No.07-218 (JJF) |
| PLAINTIFF | JURY TRIAL DEMANDED |
| vs. | |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING | |
| DEFENDANT | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves that admission pro hac vice of Timothy G. Daly, Esquire to represent Stephen Halchuk in this matter.

MICHAEL J. HOOD, LLC

BY: _____
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471
Attorney for Plaintiff

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED**, counsel's motion for admission pro hac vice is granted.

_____
Judge, Joseph J. Farnan, Jr.

DATE:_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| PLAINTIFF | : | Civil Action No.07-218 (JJF) |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| DEFENDANT | : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Timothy G. Daly, Esquire certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's Local Rules.

BY: _____
Timothy G. Daly, Esquire (#93652)
Robert P. Snyder & Associates
128 Ivy Lane
King of Prussia, PA 19406

DATED: