IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | Civil Action No.07-218 |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | |
| : | | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING | : | |
| | : | |
| Defendant/Third Party Plaintiff | : | |
| AND | : | |
| | : | |
| ROBERT D. NEVIN, JR. and THE | : | |
| NATIONAL CASH REGISTER | : | |
| COMPANY | : | |
| Third-Party Defendants | : | |

### STIPULATION

It is Stipulated by the parties through their respective Counsel that the attorney for the defendant, Robert Williams does not oppose plaintiff's request to amend the Complaint and ask for additional time to serve the additional defendants pursuant F.R.C.P. 15(c) and 4 (m).

MICHAEL J. HOOD, LLC
BY: [signature]
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471
Attorney for Plaintiff

[signature]
ROBERT P. SNYDER, Esquire
Attorney for Plaintiff

[signature]
TIMOTHY G. DALY, ESQUIRE
Attorney for Plaintiff

MURPHY & LANDON

BY: /S/ Roger D. Landon
Roger D. Landon, Esquire (#24
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Attorney for Defendant Robert L. Williams

IT IS SO ORDERED this ____ day of _____, 2008

_____
Judge Joseph J. Farnan, Jr.