IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

**DEFENDANT ROBERT L. WILLIAMS d/b/a
ROBERT L. WILLIAMS TRUCKING ANSWER TO AMENDED COMPLAINT**

1. Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

2. Admitted.

3. Admitted upon information and belief.

4. Admitted upon information and belief.

5. Admitted upon information and belief.

6. Admitted.

7. Denied.

8. Admitted.

9. Admitted upon information and belief.

00150911

    10.    Admitted upon information and belief.

    11.    Admitted upon information and belief.

    12.    Answering Defendant incorporates paragraphs 1 through 11.

    13.    Denied as to the whole and each subpart.

    14.    Denied as to the whole and each subpart.

    15.    Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

    16.    Denied.

    17.    Denied.

    18.    Answering Defendant incorporates paragraphs 1 through 17.

    19.    Admitted upon information and belief.

    20.    Admitted upon information and belief.

    23.[sic]  Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

    24.[sic]  Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

    25.[sic]  Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

    26.[sic]  Answering Defendant lacks sufficient information to admit or deny the allegations of this paragraph and they are therefore deemed denied.

## First Affirmative Defense

The plaintiff's claims are barred and/or limited by his comparative negligence. Plaintiff was comparatively negligent in that he:

(a) operated his vehicle in a careless or imprudent manner, in violation of 21 **Del.C.** § 4176(a);

(b) operated his vehicle in an inattentive manner, in violation of 21 **Del.C.** § 4176(b);

(c) operated his vehicle at a speed greater than was prudent under the conditions then existing, in violation of 21 **Del.C.** §§ 4168 and 4169;

(d) failed to maintain his vehicle under proper control, including the failure to properly steer and to brake;

(e) failed to maintain a proper lookout, in violation of 21 **Del.C.** § 4176(b);

(f) failed to follow at a reasonable and prudent distance, in violation of 21 **Del.C.** § 4123(a);

(g) operated his vehicle in a reckless manner in willful or wanton disregard for the safety of others, in violation of 21 **Del.C.** § 4175(a);

(h) operated his vehicle in an aggressive manner, in violation of 21 **Del.C.** § 4175A;

(i) caused malicious mischief by operating his vehicle in a manner causing reckless, willful or wanton damage to another's property, in violation of 21 **Del.C.** § 4172A;

(j) made an improper lane change; and,

(k) otherwise acted negligently *per se* and/or in common law as may be learned through further investigation and discovery.

## Second Affirmative Defense

00150911

The accident and the plaintiff's alleged injuries were caused by a third-party over whom the defendant exercised no control.

### Third Affirmative Defense

The accident resulted from an emergency not of the defendant's making.

**WHEREFORE**, Defendant demands that the Complaint be dismissed with prejudice and costs assessed against Plaintiff.

### CROSSCLAIMS FOR INDEMNIFICATION AND/OR CONTRIBUTION AGAINST THIRD-PARTY DEFENDANTS

1.  Answering defendant denies that they are liable to the plaintiff in any respect. However, in the event that the answering defendant is held liable to the plaintiff, then answering defendant crossclaims against the third-party defendants whose negligence was the primary cause of the damages sustained by the plaintiff and claims that the answering defendant, if liable at all, are only secondarily liable.

2.  In the event that answering defendant is held primarily liable to the plaintiff, then the alleged wrongful acts of the third-party defendants are a contributing cause of the damages sustained by the plaintiff and the answering defendant is entitled to contribution in any amount which it may be required to pay to the plaintiff as a result of the third-party defendants' wrongful acts, based on the relative degrees of fault determined pursuant to the provisions of the Delaware Uniform Contribution Among Tortfeasors Law, 10 Del. C. § 6301 to § 6308.

**WHEREFORE**, answering defendant moves that the plaintiff's cause of action be dismissed against him, or in the alternative, that judgment be entered in

00150911

answering defendant's favor against third-party defendants, plus interest, costs and any other relief this Court deems appropriate.

                                        MUPRHY & LANDON

                                        */s/ Roger D. Landon*
                                        ROGER D. LANDON, No. 2460
                                        1011 Centre Road, #210
                                        Wilmington, DE  19805
                                        (302) 472-8112
                                        Attorney for Defendant

00150911

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 18th day of March, 2008, a copy of the foregoing **ANSWER OF ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING ANSWER TO THE AMENDED COMPLAINT** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

00150911

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant

00150911