16-D2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| Plaintiff | : | Civil Action No.07-218 (JJF) |
| | : | JURY TRIAL DEMANDED |
| vs. | : | |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING | : | |
| Defendant/Third Party Plaintiff AND | : | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY | : | |
| Third-Party Defendants | : | |

TO:  Robert D. Nevin, Jr.
     221 Harlequin Drive
     New Castle, DE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
Clerk

_3/18/08_
Date

_(signature)_
(By) Deputy Clerk

◇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 25, 2008 at 4:31 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Bernard George Conaway, Esquire, as attorney for defendant Robert D. Nevin, Jr., at Fox Rothschild LLP, Citizens Bank Center, Suite 1300, 919 N. Market Street, Wilmington, Delaware 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL n/a | SERVICES $25.00 | TOTAL $25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 25, 2008
               Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 478-2693

> Bernard George Conaway
> Attorney at Law
> 302.622.4209
> bconaway@foxrothschild.com
>
> Fox Rothschild LLP
> Citizens Bank Center, Suite 1300
> 919 North Market Street
> P.O. Box 2323, Wilmington, DE 19899-2323
> Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.