IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | : |
| Plaintiff | : Civil Action No.07-218 (JJF) |
| | : JURY TRIAL DEMANDED |
| vs. | : |
| ROBERT L. WILLIAMS d/b/a | : |
| ROBERT L. WILLIAMS TRUCKING | : |
| Defendant/Third Party Plaintiff | : |
| AND | : |
| ROBERT D. NEVIN, JR. and THE | : |
| NATIONAL CASH REGISTER | : |
| COMPANY | : |
| Third-Party Defendants | : |

TO: The National Cash Register Company
c/o Registered Agent: The Corporation Trust Company
1206 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, Michael J. Hood, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806 and answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any Answer that you service on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____
Clerk

_____
(By) Deputy Clerk

3/18/08
_____
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 25, 2008 at 1:15 P.M. |
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies thereof with Scott LaScala, corporate operations manager for The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware 19801 - as registered agent for corporate defendant, The National Cash Register Company

### STATEMENT OF SERVICE FEES

| TRAVEL n/a | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2008
              Date

*Signature of Server*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Address of Server*
(302) 478-2693

3/25/08
1:15 pm
CT
a Wolters Kluwer business

Scott LaScala
*Corporate Operations Manager*
CT

1209 Orange Street
Wilmington, DE 19801
302 777 0226 tel
302 655 7813 fax
800 677 3394 toll free
scott.lascala@wolterskluwer.com

www.ctadvantage.com                www.ctlegalsolutions.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.