# MICHAEL J. HOOD, LLC

ATTORNEY AT LAW



**COURIER DELIVERY:**

1701 SHALLCROSS AVENUE
SUITE C-1
WILMINGTON, DE 19806

**MAIL:**

P.O. BOX 1471
WILMINGTON, DE 19899

(302) 777-1000
FAX (302) 777-1098
WRITER'S EMAIL: mhood@mjhlaw.net

April 2, 2008

<u>**Via E-Filing**</u>

Judge Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801
Attn: Clerk of the Court

      RE:    Halchuk v. Williams
             C.A. No.: 07-218 (JJF)

Dear Judge Farnan:

As the Court probably is aware, I represent the plaintiff in this action. The reason I am writing is that the Court has required a proposed pre-trial scheduling order to be submitted to the Court on or before Wednesday, April 2, 2008.

I assume that the Court is aware that a third-party defendants have just filed a response in which they have now sued a fourth-party defendant. That has just happened within the last week. Service has not been made on the fourth-party defendant as we speak. This case was filed sometime ago, but it took the plaintiff seven (7) months to find the defendant who originally resided in Delaware but had moved to Alabama. Obviously, the defendant filed a third-party complaint and now we have a fourth-party complaint.

The reason for writing this letter is that is seems to be premature to do a proposed scheduling order when there is a party that has not even been served in this action. We will certainly do as the Court requires, but I do want to alert the Court to the posture of this case as we speak today.

I have spoken with the attorney for the defendant, Roger Landon, Esquire and also the attorney for the third-party defendants/fourth-party plaintiffs, Bernie Conaway, Esquire and they agree with this letter.

Judge Joseph J. Farnan, Jr.
Page -2-
April 2, 2008

       We are at the Court's disposal.  Please let us know what the Court would like us to do.

Respectfully yours,

Michael J. Hood, Esquire

MJH/jvc
Enclosures
cc:     Clerk of Court (via hand delivery)
        Roger Landon, Esquire (via e-file)
        Bernie Conaway, Esquire (via e-file)