AO 441 (Rev. 03/08) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

Stephen Halchuk )
_____ )
Plaintiff )
Robert L. Williams v. d/b/a Robert L. ) Civil Action No. 07-218
Williams Trucking, )
_____ )
Defendant, Third-party plaintiff )
Robert D. Nevin, Jr. and The National )
Cash Register Company, )
_____ )
v. Third-party defendants/Fourth Party Plaintiffs.
Tipton Trucking Co., Inc. and Wayne Shelalis,
  Fourth-Party Defendants.

**Summons on a Third-Party Complaint**

To: Fourth (Third)-party defendant's name and address)

   Tipton Trucking Co., Inc.
   c/o Registered Agent Frank L. Tipton
   1872 Pulaski Highway, Unit A
   Bear, DE  19701

   A lawsuit has been filed against Third-Party defendant Robert D. Nevin, Jr. and The National Cash Register Company, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Robert L. Williams d/b/a Robert L. Williams Trucking

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:   Bernard G. Conaway, Esquire
            Fox Rothschild LLP
            919 N. Market Street, Suite 1300
            Wilmington, DE  19801

It must also be served on the plaintiff's attorney, whose name and address are:
Roger D. Landon, Esquire          Michael J. Hood, Esquire
Murphy & Landon                   1701 Shallcross Avenue, Suite C-1
1011 Centre Road, Suite 210       P.O. Box 1471
Wilmington, DE 19805              Wilmington, DE  19899-1471

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: APR 0 1 2008

PETER T. DALLEO
Name of clerk of court

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 441 (Rev. 03/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Tipton Trucking Co., Inc.,__ by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

X  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Vance, Manager (white male, black hair, glasses, 60, 5'10", 300 lbs)__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __4/1/2008 @ 2:33 pm__

Server's signature

__ADAM GOLDEN, SPS__
Printed name and title

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809
Server's address