IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, ) | |
| ) | C.A. NO.: 07-218 (JJF) |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| ROBERT L. WILLIAMS d/b/a ) | |
| ROBERT L. WILLIAMS TRUCKING, ) | |
| ) | |
| Defendants/Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT D. NEVIN, JR., and THE ) | |
| NATIONAL CASH REGISTER CO., ) | |
| ) | |
| Third Party Defendants/Fourth ) | |
| Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TIPTON TRUCKING CO., INC. and ) | |
| WAYNE SHELALIS, ) | |
| ) | |
| Fourth Party Defendants. ) | |

## FOURTH PARTY DEFENDANTS' ANSWER TO THIRD PARTY DEFENDANT/FORTH PARTY PLAINTIFFS' FOURTH PARTY COMPLAINT

1. Denied that Tipton Trucking Co., Inc. and/or Wayne Shelalis are liable to Fourth Party Plaintiff.

2. Denied that Tipton Trucking Co., Inc. and/or Wayne Shelalis are liable to Fourth Party Plaintiff. Further denied that Third Party Defendant/fourth Party Plaintiffs are entitled to contribution and/or indemnification from Fourth Party Defendants.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied that Mr. Nevin pulled onto the shoulder of I-495. Admitted that Mr. Nevin was partially on the shoulder but remained in the travel lane.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Denied that Mr. Nevin was stopped on the shoulder. Admitted that Mr. Shelalis's truck contacted Mr. Nevin's vehicle as a result of the fact that Mr. Nevin stopped his vehicle partially in the travel lane.

18. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of this averment and, therefore, it is deemed denied.

19. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of this averment and, therefore, it is deemed denied.

20. Answering defendants are without sufficient information or knowledge to form a belief as to the truth of this averment and, therefore, it is deemed denied.

21. Defendants hereby incorporate by reference their answers to paragraphs 1 through 20.

22. Denied as to all counts.

23. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Third Party Defendants/Fourth Party Plaintiffs' claims are barred and/or should be reduced in accordance with the comparative negligence of plaintiffs which caused the accident.

### SECOND AFFIRMATIVE DEFENSE

The accident was not intended, foreseeable nor preventable by the exercise of reasonable care.

### THIRD AFFIRMATIVE DEFENSE

Third Party Defendants/Fourth Party Plaintiffs' complaint fails to state a claim for which punitive damages may be awarded.

### FOURTH AFFIRMATIVE DEFENSE

Third Party Defendants/Fourth Party Plaintiffs' claims are barred in accordance with the Doctrine of Sudden Emergency.

### FIFTH AFFIRMATIVE DEFENSE

Third Party Defendants/Fourth Party Plaintiffs' claims are barred and/or should be denied as no action or inaction of the answering defendants was the proximate cause of the accident.

WHEREFORE, Fourth Party Defendants, Tipton Trucking Co., Inc. and Wayne Shelalis, request that the Complaint be dismissed with prejudice, Third Party Defendants/Fourth Party Plaintiffs to pay the costs.

                                                */s/ R. Stokes Nolte*  
                                                R. Stokes Nolte, Esquire  
                                                De. State Bar I.D. No.: 2301  
                                                Reilly Janiczek & McDevitt  
                                                1010 N. Bancroft Parkway  
                                                Suite 21  
                                                Wilmington, DE 19805  
                                                (302) 777-1700  
                                                Attorney for Fourth Party Defendants,  
                                                Tipton Trucking Co. and Wayne Shelalis  

Date: 5/6/08