IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, ) | |
| ) | C.A. NO.: 07-218 (JJF) |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| ROBERT L. WILLIAMS d/b/a ) | |
| ROBERT L. WILLIAMS TRUCKING, ) | |
| ) | |
| Defendants/Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT D. NEVIN, JR., and THE ) | |
| NATIONAL CASH REGISTER CO., ) | |
| ) | |
| Third Party Defendants/Fourth ) | |
| Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TIPTON TRUCKING CO., INC. and ) | |
| WAYNE SHELALIS, ) | |
| ) | |
| Fourth Party Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of R. Stokes Nolte, Esquire on behalf of the Fourth Party Defendants, Tipton Trucking Co., Inc. and Wayne Shelalis, in the above caption matter.

                                                  /s/ R. Stokes Nolte
                                                  R. Stokes Nolte, Esquire (#2301)
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Fourth Party Defendants,
Tipton Trucking Co. and Wayne Shelalis

Date: 5/6/08