IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK,<br><br>　　Plaintiff,<br><br>v.<br><br>ROBERT L. WILLIAMS d/b/a<br>ROBERT L. WILLIAMS TRUCKING,<br><br>　　Defendant/Third-Party<br>　　Plaintiff,<br><br>v.<br><br>ROBERT D. NEVIN, JR. and THE<br>NATIONAL CASH REGISTER<br>COMPANY,<br><br>　　Third-Party Defendants. | C.A. No. 07-218 JJF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Stephen Halchuk on Tuesday, September 9, 2008 at 10:00 a.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210 in Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　　MUPRHY & LANDON

　　　　　　　　　　　　　　　　　　　　*/s/ Roger D. Landon*
　　　　　　　　　　　　　　　　　　　　ROGER D. LANDON, No. 2460
　　　　　　　　　　　　　　　　　　　　1011 Centre Road, #210
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19805
　　　　　　　　　　　　　　　　　　　　(302) 472-8112
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

00152484

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
|     Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | |
|     Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
|     Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 27th day of May, 2008, a copy of the foregoing **NOTICE OF ORAL DEPOSITION** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

00152484

        MURPHY & LANDON

        */s/ Roger D. Landon*
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE  19805
        (302) 472-8112
        Attorney for Defendant

00152484