IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A.No.: 07-218 JJF |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| ROBERT D. NEVIN, JR., and THE NATIONAL CASH REGISTER COMPANY, | : | |
| | : | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| TIPTON TRUCKING CO., INC., and WAYNE SHELAIS, | : | |
| | : | |
| Fourth-Party Defendants. | : | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Robert Williams on Monday August 18, 2008 at 10:00 a.m. in the law office of Michael J. Hood, LLC, 1701 Shallcross Avenue, Suite C-1, Wilmington, DE 19806.

MICHAEL J. HOOD, LLC

/s/ *Michael J. Hood, Esquire*
Michael J. Hood (#2080)
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A.No.: 07-218 JJF |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| ROBERT D. NEVIN, JR., and THE NATIONAL CASH REGISTER COMPANY, | : | |
| | : | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| TIPTON TRUCKING CO., INC., and WAYNE SHELAIS, | : | |
| | : | |
| Fourth-Party Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Hood, Esquire, do hereby certify that on June 11, 2008, a copy of the Notice of Oral Deposition was electronically filed and served to:

Roger D. Landon, Esquire
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19804

Bernard G. Conaway, Esquire
FOX ROTHSCHILD, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

R. Stokes Nolte, Esquire
REILLY JANICZEK & McDEVITT
1010 N. Bancroft Parkway, #21
Wilmington, DE 19805