IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT L. WILLIAMS d/b/a<br>ROBERT L. WILLIAMS TRUCKING,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>and<br><br>ROBERT D. NEVIN, JR., and THE<br>NATIONAL CASH REGISTER<br>COMPANY,<br><br>    Third-Party Defendants/ Fourth<br>    Party Plaintiffs,<br><br>and<br><br>TIPTON TRUCKING CO., INC., and<br>WAYNE SHELAIS,<br><br>    Fourth-Party Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A.No.: 07-218 JJF<br>:<br>:<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Michael J. Hood, Esquire, do hereby certify that the Plaintiff's Answering Brief to Robert D. Nevin, Jr. and The National Cash Register Company Motion to Dismiss was electronically filed on June 12, 2008 and served to the following:

Roger D. Landon, Esquire
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19804

Bernard G. Conaway, Esquire
FOX ROTHSCHILD, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

R. Stokes Nolte, Esquire
REILLY JANICZEK & McDEVITT
1010 N. Bancroft Parkway, #21
Wilmington, DE 19805