IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHEN HALCHUK,                          |
                                          |
            Plaintiff,                    |
                                          |
v.                                        |     C.A. No. 07-218 JJF
                                          |
ROBERT L. WILLIAMS d/b/a                  |     JURY TRIAL DEMANDED
ROBERT L. WILLIAMS TRUCKING,              |
                                          |
            Defendant/Third-Party         |
            Plaintiff,                    |
                                          |
v.                                        |
                                          |
ROBERT D. NEVIN, JR. and THE              |
NATIONAL CASH REGISTER                    |
COMPANY,                                  |
                                          |
            Third-Party Defendants/       |
            Fourth Party Plaintiffs,      |
                                          |
v.                                        |
                                          |
TIPTON TRUCKING CO., INC. and             |
WAYNE SHELALIS,                           |
                                          |
            Fourth-Party Defendants.      |

## NOTICE OF ORAL TELEPHONE DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral telephone

deposition of John Malone (440-352-7534) on Tuesday, August 19, 2008 at 9:00

a.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210 in

Wilmington, Delaware.

00152919

MUPRHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/
Third-Party Plaintiff

Cc:    Mr. John Malone
       Hawkins Reporting Service

00152919

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | &#124; |
| | &#124; |
|       Plaintiff, | &#124; |
| | &#124; |
| v. | &#124;    C.A. No. 07-218 JJF |
| | &#124; |
| ROBERT L. WILLIAMS d/b/a | &#124;    JURY TRIAL DEMANDED |
| ROBERT L. WILLIAMS TRUCKING, | &#124; |
| | &#124; |
|       Defendant/Third-Party | &#124; |
|       Plaintiff, | &#124; |
| | &#124; |
| v. | &#124; |
| | &#124; |
| ROBERT D. NEVIN, JR. and THE | &#124; |
| NATIONAL CASH REGISTER | &#124; |
| COMPANY, | &#124; |
| | &#124; |
|       Third-Party Defendants/ | &#124; |
|       Fourth Party Plaintiffs, | &#124; |
| | &#124; |
| v. | &#124; |
| | &#124; |
| TIPTON TRUCKING CO., INC. and | &#124; |
| WAYNE SHELALIS, | &#124; |
| | &#124; |
|       Fourth-Party Defendants. | &#124; |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 16th day of June,

2008, a copy of the foregoing **NOTICE OF ORAL TELEPHONE DEPOSITION**

was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

00152919

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/
Third-Party Plaintiff

00152919