IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :    C.A.No.: 07-218 JJF |
| | : |
| ROBERT L. WILLIAMS d/b/a | : |
| ROBERT L. WILLIAMS TRUCKING, | :    JURY TRIAL DEMANDED |
| | : |
| Defendants/Third-Party Plaintiffs, | : |
| | : |
| and | : |
| | : |
| ROBERT D. NEVIN, JR., and THE | : |
| NATIONAL CASH REGISTER | : |
| COMPANY, | : |
| | : |
| Third-Party Defendants/ Fourth Party Plaintiffs, | : |
| | : |
| and | : |
| | : |
| TIPTON TRUCKING CO., INC., and | : |
| WAYNE SHELALIS, | : |
| | : |
| Fourth-Party Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michael J. Hood, Esquire, hereby certify that on June 25, 2008 the Federal Rules of Civil Procedure Rule 26 Disclosure was sent via fax and first class mail to the following:

Roger D. Landon, Esquire
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19804

Bernard G. Conaway, Esquire
FOX ROTHSCHILD, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801

R. Stokes Nolte, Esquire
REILLY JANICZEK & McDEVITT
1010 N. Bancroft Parkway, #21
Wilmington, DE 19805

<u>*/s/Michael J. Hood*</u>
Michael J. Hood, Esquire (#2080)
Michael J. Hood, LLC
1701 Shallcross Avenue
Suite C
P. O. Box 1471
Wilmington, DE 19899-1471
Attorney for Plaintiff