IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, ) | |
| ) | C.A. NO.: 07-218 (JJF) |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| ROBERT L. WILLIAMS d/b/a ) | |
| ROBERT L. WILLIAMS TRUCKING, ) | |
| ) | |
| Defendants/Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT D. NEVIN, JR., and THE ) | |
| NATIONAL CASH REGISTER CO., ) | |
| ) | |
| Third Party Defendants/Fourth ) | |
| Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TIPTON TRUCKING CO., INC. and ) | |
| WAYNE SHELALIS, ) | |
| ) | |
| Fourth Party Defendants. ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing **Defendants, Tipton Trucking Co., Inc. and Wayne Shelalis, Request for Production Directed to Plaintiff** was served by first class mail, postage prepaid, to the individuals listed below on this _____26th_____ day of ___June___, 2008.

Bernard Conaway, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899

Roger Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE  19805

Michael Hood, Esquire
Michael J. Hood, LLC
1701 Shallcross Ave, Suite C-1
P.O. Box 1417
Wilmington, DE 19899

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire
DE Bar No 2301
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805

Date: