IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | ) | |
| | ) | C.A. NO.: 07-218 (JJF) |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| ROBERT L. WILLIAMS d/b/a | ) | |
| ROBERT L. WILLIAMS TRUCKING, | ) | |
| | ) | |
| Defendants/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT D. NEVIN, JR., and THE | ) | |
| NATIONAL CASH REGISTER CO., | ) | |
| | ) | |
| Third Party Defendants/Fourth | ) | |
| Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIPTON TRUCKING CO., INC. and | ) | |
| WAYNE SHELALIS, | ) | |
| | ) | |
| Fourth Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing

**Defendants, Tipton Trucking Co., Inc. and Wayne Shelalis, Interrogatories Directed to**

**Robert L. Williams, Third Party Plaintiff** was served by first class mail, postage prepaid, to

the individuals listed below on this _____ 26th _____ day of ___ June _____,

2008.

Bernard Conaway, Esquire            Roger Landon, Esquire
Fox Rothschild LLP                  Murphy, Spadaro & Landon
919 North Market Street, Suite 1300 1011 Centre Road

P.O. Box 2323                         Suite 210
Wilmington, DE  19899                 Wilmington, DE  19805


Michael Hood, Esquire
Michael J. Hood, LLC
1701 Shallcross Ave, Suite C-1
P.O. Box 1417
Wilmington, DE  19899


                                      /s/ R. Stokes Nolte_____
                                      R. Stokes Nolte, Esquire
                                      DE Bar No 2301
                                      1010 N. Bancroft Parkway
                                      Suite 21
                                      Wilmington, DE 19805


Date: