IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT L. WILLIAMS d/b/a ) <br> ROBERT L. WILLIAMS TRUCKING, ) <br> ) <br> Defendants/Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT D. NEVIN, JR., and THE ) <br> NATIONAL CASH REGISTER CO., ) <br> ) <br> Third Party Defendants/Fourth ) <br> Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TIPTON TRUCKING CO., INC. and ) <br> WAYNE SHELALIS, ) <br> ) <br> Fourth Party Defendants. ) | C.A. NO.: 07-218 (JJF) <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing **Defendants, Tipton Trucking Co., Inc. and Wayne Shelalis, Request for Production Directed to Robert L. Williams, Third Party Plaintiff** was served by first class mail, postage prepaid, to the individuals listed below on this _____26th_____day of __June_____, 2008.

Bernard Conaway, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

Roger Landon, Esquire
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Michael Hood, Esquire
Michael J. Hood, LLC
1701 Shallcross Ave, Suite C-1
P.O. Box 1417
Wilmington, DE 19899

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire
DE Bar No 2301
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805

Date: