IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
| Fourth-Party Defendants. | |

## NOTICE OF ORAL DEPOSITION*

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Trooper Aube (#876) on Tuesday, August 19, 2008 at 10:00 a.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210 in Wilmington, Delaware.

00153255

        MUPRHY & LANDON

        */s/ Roger D. Landon*
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE  19805
        (302) 472-8112
        Attorney for Defendant/
        Third-Party Plaintiff

cc:    Hawkins Reporting Service

**Duces Tecum:**  Deponent is to bring with him his report and all other documents, photographs, recorded statements, written statements, notes, etc. in conjunction with his investigation of Crash Case No. 01-05-124285 which occurred on November 10, 2005 at approximately 11:31 p.m.

00153255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
|     Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
|     Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
|     Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
|     Fourth-Party Defendants. | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 1st day of July, 2008, a copy of the foregoing **NOTICE OF ORAL DEPOSITION** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

00153255

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/
Third-Party Plaintiff

00153255