IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
| Fourth-Party Defendants. | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Robert Nevin, Jr. on Monday, August 18, 2008 at 2:00 p.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210 in Wilmington, Delaware.

00153253

                                                   MUPRHY & LANDON

                                                   */s/ Roger D. Landon*
                                                   ROGER D. LANDON, No. 2460
                                                   1011 Centre Road, #210
                                                   Wilmington, DE  19805
                                                   (302) 472-8112
                                                   Attorney for Defendant/
                                                   Third-Party Plaintiff

cc:    Hawkins Reporting Service

00153253

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
| Fourth-Party Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 1st day of July, 2008, a copy of the foregoing **NOTICE OF ORAL DEPOSITION** was electronically filed and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

00153253

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/
Third-Party Plaintiff

00153253