IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
| Fourth-Party Defendants. | |

## NOTICE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 14th day of August, 2008, **DEFENDANT'S, ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, ANSWERS TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION** was and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

00154299

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

        MURPHY & LANDON

        */s/ Roger D. Landon*
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE  19805
        (302) 472-8112
        Attorney for Defendant/
        Third-Party Plaintiff

00154299