IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHEN HALCHUK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A.No.: 07-218 JJF |
| | : | |
| ROBERT L. WILLIAMS d/b/a | : | |
| ROBERT L. WILLIAMS TRUCKING, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| ROBERT D. NEVIN, JR., and THE | : | |
| NATIONAL CASH REGISTER | : | |
| COMPANY, | : | |
| | : | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| TIPTON TRUCKING CO., INC., and WAYNE SHELAIS, | : | |
| | : | |
| Fourth-Party Defendants. | : | |

## RE-NOTICE OF ORAL DEPOSITION

**PLEASE RE- NOTICE** that the undersigned will take the oral deposition of Robert Williams on Monday August 18, 2008 at 12:30 p.m. in the law office of Roger Landon, Esquire, 1011 Centre Road, Suite 210, Wilmington, DE 19804.

MICHAEL J. HOOD, LLC

*/s/ Michael J. Hood, Esquire*
Michael J. Hood (#2080)
1701 Shallcross Avenue
Suite C-1
P.O. Box 1471
Wilmington, DE 19899-1471
Attorney for Plaintiff