IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHEN HALCHUK,                          |
                                          |
           Plaintiff,                     |
                                          |
v.                                        |        C.A. No. 07-218 JJF
                                          |
ROBERT L. WILLIAMS d/b/a                  |        JURY TRIAL DEMANDED
ROBERT L. WILLIAMS TRUCKING,              |
                                          |
           Defendant/Third-Party          |
           Plaintiff,                     |
                                          |
v.                                        |
                                          |
ROBERT D. NEVIN, JR. and THE              |
NATIONAL CASH REGISTER                    |
COMPANY,                                  |
                                          |
           Third-Party Defendants/        |
           Fourth Party Plaintiffs,       |
                                          |
v.                                        |
                                          |
TIPTON TRUCKING CO., INC. and             |
WAYNE SHELALIS,                           |
                                          |
           Fourth-Party Defendants.       |

## <u>NOTICE OF SERVICE</u>

I, Roger D. Landon, Esq., do hereby certify that on this 18th day of August,

2008, **DEFENDANT'S, ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS**

**TRUCKING, VERIFIED ANSWERS TO PLAINTIFF'S INTERROGATORIES** was

and served upon the following individual:

Michael J. Hood, Esq.
P.O. Box 1471
Wilmington, DE  19899-1471

00154344

Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 N. Market Street, #1300
Wilmington, DE  19801

R. Stokes Nolte, Esq.
Reilly Janiczek & McDevitt
1010 N. Bancroft Parkway, #21
Wilmington, DE  19805

MURPHY & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant/
Third-Party Plaintiff

00154344