IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN HALCHUK, | |
| Plaintiff, | |
| v. | C.A. No. 07-218 JJF |
| ROBERT L. WILLIAMS d/b/a ROBERT L. WILLIAMS TRUCKING, | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ROBERT D. NEVIN, JR. and THE NATIONAL CASH REGISTER COMPANY, | |
| Third-Party Defendants/ Fourth Party Plaintiffs, | |
| v. | |
| TIPTON TRUCKING CO., INC. and WAYNE SHELALIS, | |
| Fourth-Party Defendants. | |

### RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Robert Nevin, Jr. on Tuesday, September 9, 2008 at 1:00 p.m. in the law offices of Murphy & Landon, 1011 Centre Road, Suite 210 in Wilmington, Delaware.

00154360

                                          MUPRHY & LANDON

                                        */s/ Roger D. Landon*
                                        ROGER D. LANDON, No. 2460
                                        1011 Centre Road, #210
                                        Wilmington, DE  19805
                                        (302) 472-8112
                                        Attorney for Defendant/
                                        Third-Party Plaintiff

cc:    Hawkins Reporting Service

00154360